UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE SMITH (#313084) | CIVIL ACTION |
| VERSUS | NO. 21-694-JWD-SDJ |
| JOHN BEL EDWARDS, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 14, 2024 (Doc. 39), to which no objection was filed;

**IT IS ORDERED** that this action is DISMISSED WITH[1] PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to Plaintiff's failure to exhaust administrative remedies before filing suit in this Court, as required by 42 U.S.C. § 1997e.[2]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 14, 2024.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] *Id.*

[2] Smith is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."